UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TAMMY MILLER, | ) | Civil Action No. 1:16-cv-00503-JDL |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | March 7, 2017 |

### Order

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council,

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings.  Upon the remand of this case by this Court, the Appeals Council will instruct the Administrative Law Judge to further evaluate the opinion evidence, and take any further action necessary to complete the administrative record and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**                                                       Dated:  March 7, 2017

                                                                                                        /s/ Jon D. Levy
                                                                                            **U.S. DISTRICT JUDGE**